## UNITED STATES DISTRICT COURT
## SOUTHERN DIVISION OF OHIO

FRIEDA AARON                              )
8515 BREEZEWOOD COURT, #103              )     **CASE NO.**  1:15-cv-691
CINCINNATI, OH 45203                      )
                                          )     **JUDGE**  Bertelsman
AND                                       )
                                          )
PATRICIA ADAMS                            )
476 HARTS CREEK                           )     **COMPLAINT**
HARTS, WV 25524                           )     **AND JURY DEMAND**
                                          )
AND                                       )
                                          )
MICHELLE AGEE                             )
911 SECOND AVENUE                         )
MIDDLETOWN, OH 45044                      )
                                          )
AND                                       )
                                          )
LAURA AKER                                )
5730 BRANDTMANOR DR.                      )
CINCINNATI, OH 45248                      )
                                          )
AND                                       )
                                          )
JIMMY ALLEN                               )
3165 BLUE CREEK ROAD                      )
BROOKVILLE, INDIANA 47012                 )
                                          )
AND                                       )
                                          )
KATRINA ALLEN                             )
5608 ZOAR ROAD, LOT 277                   )
MORROW, OH 45215                          )
                                          )
AND                                       )
                                          )
SHERI BALDRICK ALLEN                      )
7420 WYNNE PLACE, APT. 6                  )
CINCINNATI, OH 45233                      )
                                          )

1

AND )
 )
REBECCA APPLEGATE )
11 MONTGOMERY WAY )
AMELIA, OH 45102 )
 )
AND )
 )
BRAD ARNOLD )
18 HARNESS LANE )
FLORENCE, KY 41042 )
AND )
 )
GEORGE ARNOLD )
10647 CHESHIRE RIDGE DRIVE )
FLORENCE, KY 41042 )
 )
AND )
 )
DIANA ASHCRAFT )
38-B SPRING STREET )
ELSMERE, KY 41018 )
 )
AND )
 )
BRIAN ATKINS )
9500 COLLETT ROAD, LOT 24 )
WAYNESVILLE, OH 45068 )
 )
AND )
 )
JONATHAN ATWELL )
5143 MONTEREY MAPLE GROVE RD )
BATAVIA, OH 45103 )
 )
AND )
 )
CHRISTOPHER ATWOOD )
3399 KY. ROUTE 910 )
LIBERTY, KY 42539 )
 )
AND )
 )
THOMAS AUGST )
314 A ST. ANDREWS DRIVE )
CINCINNATI, OH 45245 )

```
                                          )
AND                                       )
                                          )
JOSH AULT                                 )
7402 STATE ROAD 48                        )
AURORA, IN 47001                          )
                                          )
AND                                       )
                                          )
AMANDA AYRES                              )
10 NORTH MAIN ST.                         )
WALTON, KY 41094                          )
AND                                       )
                                          )
GAYLE BACHMANN                            )
2239 MOSSY GROVE                          )
HAMILTON, OH 45013                        )
                                          )
AND                                       )
                                          )
CAIDAN BAILEY                             )
2491 CAMELLIA COURT                       )
COVINGTON, KY 41017                       )
                                          )
AND                                       )
                                          )
NICOLE BAKER                              )
7570 NEWKIRK DR.                          )
FAIRFIELD, OH  45014                      )
                                          )
AND                                       )
                                          )
JENNIFER BALLINGER                        )
1718 MILL VALLEY                          )
TAYLOR MILL, KY 41017                     )
                                          )
AND                                       )
                                          )
THOMAS BARTH                              )
1850 LEWAY DRIVE                          )
FAIRFIELD, OH 45014                       )
                                          )
AND                                       )
                                          )
CINDY BARTLETT                            )
4652 CATALPA COURT                        )
```

3

FORT WRIGHT, KY 41017                          )
                                               )
 AND                                           )
                                               )
LAURA BATSCHE                                  )
6655 SHADY OAK LANE                            )
MASON, OH 45040                                )
                                               )
AND                                            )
                                               )
NICHOLAS BATTISTA                              )
6263 JESSICA COURT                             )
MIDDLETOWN, OH 45044                           )
                                               )
AND                                            )
                                               )
JOSEPH BAUMGARDNER                             )
10252 LIMERICK CIRCLE                          )
COVINGTON, KY 41015                            )
                                               )
AND                                            )
                                               )
STEVEN BAYLISS, EXECUTOR OF THE                )
ESTATE OF LOUISE BAYLISS,                      )
DECEASED                                       )
36 SHERATON COURT                              )
HAMILTON, OH 45013                             )
                                               )
AND                                            )
                                               )
MICHELLE BEAVAN                                )
875 AUTUMN COURT                               )
TRENTON, OH 45067                              )
                                               )
AND                                            )
                                               )
PHYLLIS BECHTOLD                               )
1937 MT. VERNON DRIVE                          )
FT. WRIGHT, KY 41011                           )
                                               )
AND                                            )
                                               )
JUDY BECK                                      )
215 BLUE QUAIL PLACE                           )
TRENTON, OH 45067                              )
                                               )

4

AND                                             )
                                                )
TROY BECKELHEIMER                               )
1975 JUNCTION PIKE                              )
BERRY, KY 41003                                 )
                                                )
AND                                             )
                                                )
NANCY BEGLEY                                     )
5628 YEATMAN ROAD                               )
CINCINNATI, OH 45252                            )
                                                )
AND                                             )
                                                )
CATHY BEIL                                       )
6780 EAST BEND ROAD                             )
BURLINGTON, KY 41005                            )
                                                )
AND                                             )
                                                )
TERRY BEIL                                       )
P.O. BOX 132                                    )
PERRY PARK, KY 40363                            )
                                                )
AND                                             )
                                                )
MACKENZIE BENDER                                 )
316 FARMBROOK CIRCLE                            )
FRANKFORT, KY 40601                             )
                                                )
AND                                             )
                                                )
DENISE BENGE                                     )
932 CROSSINGS DRIVE                             )
CRESCENT SPRINGS, KY 41017                      )
                                                )
AND                                             )
                                                )
NICK BENGE                                       )
932 CROSSINGS DRIVE                             )
CRESCENT SPRINGS, KY 41017                      )
                                                )
AND                                             )
                                                )
ANTOINETTE BENJAMIN                              )
7 EAST LAKEVIEW DRIVE, #17                      )

5

CINCINNATI, OH 45237         )
                                    )

AND                       )
                                    )

SHWANA BENTON          )
1908 SAVANNAH WAY, APT. #9  )
CINCINNATI, OH 45224         )
                                    )

AND                       )
                                    )

WILLIAM BENTON         )
8124 TIMBERTREE WAY      )
WEST CHESTER, OH 45069     )
                                    )

AND                       )
                                    )

DENISE BESS             )
1873 TIMBERIDGE DRIVE     )
LOVELAND, OH 45140        )
                                    )

AND                       )
                                    )

LEONA BEYER            )
325 KENYON DRIVE        )
HAMILTON, OH 45015        )
                                    )

AND                       )
                                    )

TREY BILLING           )
10206 OAK CREEK DR.      )
SIDNEY, OH 45365         )
                                    )

AND                       )
                                    )

EDYTHE BISHOP         )
413 BARKLEY            )
FALMOUTH, KY 41040       )
                                    )

AND                       )
                                    )

ANTHONY BODE         )
5155 DEERIDGE LANE       )
CINCINNATI, OHIO 45247     )
                                    )

AND                       )
                                    )

BARBARA BOGGS, DECEASED,    )
BY AND THROUGH HER SON    )
AND NEXT FRIEND,    )
PAUL BOGGS    )
3815 SNOOK ROAD    )
MORROW, OH 45152    )
    )
AND    )
    )
KAITLYN BOGGS    )
159 DORTMUND DRIVE    )
FAYETTEVILLE, OH 45118    )
    )
AND    )
    )
NANCY BOLAND    )
7133 DIMMICK ROAD    )
WEST CHESTER, OH 45069    )
    )
    )
AND    )
    )
JENNIFER BOOKMAN    )
111 W 3RD AVENUE    )
COLUMBUS, OH 43201    )
    )
AND    )
    )
PATRICIA BOONE    )
1018 BRIGHTON STREET    )
NEWPORT, KY 41071    )
    )
AND    )
    )
DEENA BORCHERS    )
5057 SANDMANN DRIVE APT. 117    )
TAYLOR MILL, KY 41015    )
    )
AND    )
    )
DORIS BOTNER    )
6060 EDDINGTON DRIVE    )
LIBERTY TOWNSHIP, OH 45044    )
    )
AND    )
    )

GERALD BOTNER )
6060 EDDINGTON DRIVE )
LIBERTY TOWNSHIP, OH 45044 )
)
AND )
)
ARLETTA BOWLING )
843 VIRGINA BRADFORD )
ELSMERE, KY 41018 )
)
AND )
)
NANCY BOWMAN )
1188 LICKERT ROAD )
ALEXANDRIA, KY 41001 )
)
AND )
)
PENNY BRACKETT )
8735 LOCUST GROVE RD. )
BURLINGTON, KY 41005 )
)
AND )
)
REBEKAH BRADY )
212 LOCUST LANE )
FLORENCE, KY 41042 )
)
AND )
)
CHRISTINA BRASHEAR )
6231 PAULLIN DRIVE )
MIDDLETOWN, OH 45042 )
)
AND )
)
MELISSA BRAUCHER )
4100 WOODMONT DRIVE )
BATAVIA, OH 45103 )
)
AND )
)
DOMINQUE BRAY )
805 BUNNING LANE )
COLD SPRING, KY 41076 )
)

8

AND )
)
**LINDSEY BRAY** )
**14189 PLUM CREEK ROAD** )
**BUTLER, KENTUCKY 41006** )
)
AND )
)
**REBECCA BREITENSTEIN** )
**8342 DOGWOOD COURT** )
**BROOKVILLE, IN 47012** )
)
AND )
)
**RANDY BREWER** )
**5931 MARSH CIRCLE** )
**LOVELAND, OH 45140** )
)
AND )
)
**SHARON BRICE** )
**5504 KENNEDY AVENUE** )
**CINCINNATI, OH 45213** )
)
AND )
)
**MELVIN JAMES, EXECUTOR OF** )
**THE ESTATE OF CARRIE BRITTEN,** )
**DECEASED** )
**4531 PADDOCK RD.** )
**APT. #1** )
**CINCINNATI, OH 45229** )
)
AND )
)
**MICHAEL BROPHY** )
**434 BIRCH** )
**ERLANGER, KY 41018** )
)
AND )
)
**EILEEN BROREIN** )
**1024 STONEGATE CT.** )
**WAPAKONETA, OH 45895** )
)
AND )

DAWN LEE ANN BROWN )
2574 LINDEN STREET )
CINCINNATI, OH 45225 )
)
AND )
)
JAMES BROWN )
1610 NEILSON PLACE )
CINCINNATI, OHIO 45230 )
)
AND )
)
TARA BROWN )
4207 ST. THOMAS AVE. )
LOUISVILLE, KY 40218 )
)
AND )
)
PATRICIA BRUCE )
3904 LORI DRIVE, APT. 7 )
ERLANGER, KY 41018 )
)
AND )
)
JONATHAN BRUNNER )
302 ARDMORE DRIVE )
MIDDLETOWN, OH 45042 )
)
AND )
)
KAYLA BURTON )
10892 COLLINS RILEY RD. )
BLANCHESTER, OH 45107 )
)
AND )
)
VICKI BUSCHUR )
4927 COLUMBIA CIRCLE )
HAMILTON, OH 45011 )
)
AND )
)
KATHLEEN BUSHELMAN )
35 SHERRY ROAD, APT. 1E )
WYOMING, OH 45215 )

**AND**                                                    )
                                                           )
                                                           )
**ANNETTE BUSKIRK**                                        )
**5032 COLLEGE CORNER PIKE #59**                           )
**OXFORD, OH 45056**                                       )
                                                           )
**AND**                                                    )
                                                           )
**BRENDA BUTLER**                                          )
**3515 CARLISLE AVENUE**                                   )
**LATONIA, KENTUCKY 41015**                                )
                                                           )
**AND**                                                    )
                                                           )
**MICHELLE BYAR**                                          )
**22 JILLIAN DRIVE**                                       )
**DRY RIDGE, KY 41035**                                    )
                                                           )
**AND**                                                    )
                                                           )
**TIMOTHY BYRD**                                           )
**482 #A OXFORD DRIVE**                                    )
**LEBANON, OHIO 45036**                                    )
                                                           )
**AND**                                                    )
                                                           )
**DOUG CALLAHAN**                                          )
**7251 COSNER DRIVE**                                      )
**HUBER HEIGHTS, OH 45424**                                )
                                                           )
                                                           )
**PATRICK CALLAGAN**                                       )
**6446 HUGHES RIDGE LANE**                                 )
**HAMILTON, OH 45052**                                     )
                                                           )
**AND**                                                    )
                                                           )
**JANET CAMPBELL**                                         )
**1109 STATE ROUTE 133**                                   )
**BETHEL, OH 45106**                                       )
                                                           )
**AND**                                                    )
                                                           )
**ROBERT CAMPBELL**                                        )
**7668 OLD WALNUT DRIVE**                                  )

**WEST CHESTER, OHIO 45069**          )
                                      )
**AND**                               )
                                      )
**ANDREW CARR**                       )
**28529 SHORT LANE**                  )
**BROOKEVILLE, IN 47012**             )
                                      )
**AND**                               )
                                      )
**BUNNAVUTH CHHUN**                   )
**403 LOREN LANE**                    )
**HAMILTON, OH 45011**                )
                                      )
**AND**                               )
                                      )
**TONYA CHISMAN**                     )
**3584 TOWNSEND ROAD**                )
**LYNCHBURG, OH 45142**               )
                                      )
**AND**                               )
                                      )
**SHERRI CINQUINA**                   )
**986 GONQUIL LANE**                  )
**CINCINNATI, OH 45203**              )
                                      )
**AND**                               )
                                      )
**CHRIS CLARK**                       )
**219 BASSETT STREET**                )
**CLEVES, OH 45022**                  )
                                      )
**AND**                               )
                                      )
**JESSICA COCHRAN**                   )
**5518 JANDEL DRIVE**                 )
**AURORA, IN 47001**                  )
                                      )
**AND**                               )
                                      )
**JOHN COLLINS**                      )
**10977 LINCOLN AVE #3**              )
**NORTHBEND, OH 45052**               )
                                      )
**AND**                               )
                                      )

ELIZABETH COMPO )
9069 BRAXTON DRIVE )
UNION, KY 41091 )
)
AND )
)
DAVID CONGER )
653 KATHRYN DRIVE )
WILMINGTON, OH 45177 )
)
AND )
)
KENNETH CONGER )
653 KATHRYN DRIVE )
WILMINGTON, OH 45177 )
)
AND )
)
BRENDA CONLEY )
2468 CHERRY STREET #1 )
CRESCENT SPRINGS, KY 41017 )
)
AND )
)
DANA CONLEY )
2003 HENRY AVENUE )
MIDDLETOWN, OH 45042 )
)
AND )
)
FRANCENE COOK )
3010 MELROSE AVE. #1 )
CINCINNATI, OH 45206 )
)
AND )
)
MICHAEL COOK )
161 MIDWAY DRIVE )
WILMINGTON, OH 45177 )
)
AND )
)
GARY L. COOTS )
14387 DIXON RD. )
MORNINGVIEW, KY 41063 )
)

AND                                          )
                                             )
MELISSA & MICHAEL COTTER,                    )
INDIVIDUALLY, AND ON BEHALF                  )
OF THEIR MINOR SON,                          )
JACOB COTTER                                 )
6202 OTTER CREEK DR.                         )
MIDDLETOWN, OH 45042                         )
                                             )
AND                                          )
                                             )
JACKIE COUCH                                 )
9099 MARSH WILLOW COURT                      )
WEST CHESTER, OH 45069                       )
                                             )
AND                                          )
                                             )
ERIC COURTNEY                                )
232 MILLER AVE.                              )
ASHEVILLE, OH 43107                          )
                                             )
AND                                          )
                                             )
MICHAEL CRAIL                                )
1887 HAPPY VALLEY DR.                        )
FAIRFIELD OH, 45014                          )
                                             )
AND                                          )
                                             )
KAREN CRISSINGER                             )
1228 WEST CLARK STREET                       )
SPRINGFIELD, OH 45177                        )
                                             )
AND                                          )
                                             )
JOI CROWE                                    )
1203 ANTHONY LANE                            )
MASON, OH 45040                              )
                                             )
AND                                          )
                                             )
FORREST AND CARRIE CROWE                     )
INDIVIDUALLY AND ON BEHALF OF                )
THEIR MINOR DAUGHTER                         )
KALI CROWE                                   )
2780 GUMGROVE ROAD                           )

CLARKSVILLE, OHIO 45113  )
         )
AND        )
         )
JOY CULLINS     )
5429 SONGBIRD DRIVE  )
CINCINNATI, OH 45239  )
         )
AND        )
         )
KATHRYN CURLEY   )
134 LEWIS DRIVE    )
FORT MITCHELL, KY 41017 )
         )
AND        )
         )
WILLIAM DABNEY   )
1818 HEWITT AVE.    )
CINCINNATI, OH 45207  )
         )
AND        )
         )
MARGARET DAILEY   )
599 IVY RIDGE DRIVE   )
COLD SPRINGS, KY 41076  )
         )
AND        )
         )
TAMMY DALE     )
439 MORROW ROAD, LOT 79 )
SOUTH LEBANON, OH 45065 )
         )
AND        )
         )
SCOTT DANIEL     )
249 WARD AVE     )
BELLEVUE, KY 41073   )
         )
AND        )
         )
JOSEPH DAVIS     )
3635 KOHN DRIVE #4201  )
FAIRFIELD, OH 45015   )
         )
AND        )
         )

**NELLIE DAVIS**　　　　　　　　　　)
**97 BROOKWOOD DRIVE**　　　　　　)
**WALTON, KY 41094**　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**RALPH DAWSON**　　　　　　　　　)
**209 APPLE VALLEY DRIVE**　　　　　)
**LEWISBERG, OH 45338**　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**OLLIE DEATON**　　　　　　　　　　)
**310 GLASS DRIVE**　　　　　　　　　)
**CORINTH, KY 41010**　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**STEFANIE DEATON**　　　　　　　　)
**11274 GRAVEN ROAD**　　　　　　　)
**WALTON, KY 41094**　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**DAMON DECK**　　　　　　　　　　)
**6611 ELGIN COURT**　　　　　　　　)
**BURLINGTON, KY 41005**　　　　　　)
　　　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**SANDRA DENNIS**　　　　　　　　　)
**3010 DELMAR AVENUE**　　　　　　)
**CINCINNATI, OH  45213**　　　　　　)
　　　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**ROBERT DENSLER**　　　　　　　　)
**15750 BELMONT DRIVE**　　　　　　)
**CRITTENDON, KY 41030**　　　　　　)
　　　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
**KRISTINE DORITY**　　　　　　　　)
**6718 WOOD STREET**　　　　　　　)
**GOSHEN, OH 45122**　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

16

AND                                                )
                                                   )
CAROLYN DOTSON                                     )
3797 TRENTON ROAD                                  )
HAMILTON, OH 45011                                 )
                                                   )
AND                                                )
                                                   )
BOBBIE DOUGLAS                                     )
523 HIGHLAND PIKE                                  )
COVINGTON, KY 41014                                )
                                                   )
AND                                                )
                                                   )
DEBORAH DOYLE                                      )
2739 WEST NORTH BEND ROAD,                         )
APT. #1                                            )
CINCINNATI, OH 45239                               )
                                                   )
AND                                                )
                                                   )
DOUGLAS DRAFTS                                     )
100 E. CENTRAL PARKWAY #413                        )
CINCINNATI, OH 45202                               )
                                                   )
AND                                                )
                                                   )
PATRICK DUGAN                                      )
1239 SPOTTED FAWN RUN                              )
MILFORD, OH 45150                                  )
                                                   )
AND                                                )
                                                   )
BILLY DUGGER                                       )
137 MINEER ROAD                                    )
LYNCHBURG, OH 45142                                )
                                                   )
AND                                                )
                                                   )
DAWN DUNKLIN                                       )
4249 SKYLARK DRIVE                                 )
CINCINNATI, OH 45238                               )
                                                   )
AND                                                )
                                                   )
JACOB DURHAM                                       )

17

**439 MORROW ROAD #195**     )
**LEBANON, OH 45065**     )
     )
**AND**     )
     )
**DARRELL EARLS**     )
**4115 KY HWY 16**     )
**GLENCOE, KY 41046**     )
     )
**AND**     )
     )
**CARMILLE EASLEY**     )
**5435 HEBRON COURT**     )
**CINCINNATI, OH 45232**     )
     )
**AND**     )
     )
**MONA EDER**     )
**1492 TUSCAN COURT**     )
**FLORENCE, KY 41042**     )
     )
**AND**     )
     )
**KEVIN ELFERS**     )
**928 BRIARWOOD COURT**     )
**MASON, OH 45040**     )
     )
**AND**     )
     )
**CONNIE ELLINGTON**     )
**260 HAMMOND LANE**     )
**CORINTH, KY 41010**     )
     )
**AND**     )
     )
**ROBERT ELLINGTON**     )
**260 HAMMOND LANE**     )
**CORINTH, KY 41010**     )
     )
**AND**     )
     )
**RICHARD ELLIOT**     )
**120 BARTLETT AVENUE**     )
**ERLANGER, KY 41018**     )
     )
**AND**     )

**KELLY ENGLE**
**2595 ONTARIO ST.**
**CINCINNATI, OH 45231**

**AND**

**BRENDA ERRGANG**
**PO BOX 40**
**PERRY PARK, KY 40363**

**AND**

**TRACY ESSELMAN**
**90 FAIRLAND AVE**
**WILMINGTON, OH 45177**

**AND**

**ARLENE FAIT**
**10174 BURLEIGH LANE**
**UNION, KY 41091**

**AND**

**TONY FALKNER**
**3 VANCE COURT**
**HAMILTON, OH 45015**

**AND**

**LINDA FAVARON, EXECUTOR OF**
**THE ESTATE OF NEIL FAVARON,**
**DECEASED**
**136 SOUTH MASON-MONTGOMERY**
**ROAD**
**MASON, OH 45040**

**AND**

**JACOB FELTNER**
**1668 HICKORY GROVE ROAD**
**FOSTER, KY 41013**

**AND**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

KAREN FELTNER                           )
1769 HIGHWATER ROAD                     )
BROMLEY, KY 41017                       )
                                        )
AND                                     )
                                        )
ANGELA FERRELL                          )
3037 BLUE HERON DRIVE                   )
HAMILTON, OH 45011                      )
                                        )
AND                                     )
                                        )
CAELA FINNELL                           )
704 BEAR COURT                          )
INDEPENDENCE, KY 41051                  )
                                        )
AND                                     )
                                        )
TROY FITE                               )
811 COMMONS DRIVE                       )
MILFORD, OH 45150                       )
                                        )
AND                                     )
                                        )
FRANCINE FORD                           )
1214 RYLAND AVENUE                      )
CINCINNATI, OH 45237                    )
                                        )
AND                                     )
                                        )
SHAMIYA FORD                            )
1214 RYLAND AVENUE                      )
CINCINNATI, OH 45237                    )
                                        )
AND                                     )
                                        )
LENNIE FOSSETT                          )
5617 DOERGER LANE                       )
CINCINNATI, OH 45212                    )
                                        )
AND                                     )
                                        )
ANGELINA FOSTER                         )
2239 FOXBORO COURT                      )
ERIE, PA 16510                          )
                                        )

AND                                        )
                                           )
AMANDA FRANKS                              )
651 RUTLAND ROAD                           )
CYNTHIANA, KY 41031                        )
                                           )
AND                                        )
                                           )
JOANN FRAZIER                              )
2516 PEKIN ROAD                            )
SPRINGBORO, OH 45066                       )
                                           )
AND                                        )
                                           )
JULIE FREEMAN                              )
2081 CHASE WAY, APT. 313                   )
INDEPENDENCE, KY 41051                     )
                                           )
AND                                        )
                                           )
AMY FULLER                                 )
401 DEER TRACE                             )
WALTON, KY 41094                           )
                                           )
AND                                        )
                                           )
JUDITH GARDNER                             )
9494 ST. RT. 136                           )
WEST UNION, OH 45693                       )
                                           )
AND                                        )
                                           )
CHRISTINE GERALDS                          )
1890 MISTY HILL DR.                        )
CINCINNATI, OH 45240                       )
                                           )
AND                                        )
                                           )
ERMA JEAN GILBERT                          )
2523 HARRIS PIKE                           )
INDEPENDENCE, KY 41051                     )
                                           )
AND                                        )
                                           )
CHRISTINE GOLDSTEIN                        )
1422 ASCHINGER BLVD.                       )

**COLUMBUS, OH 43212**                    )
                                          )
**AND**                                   )
                                          )
**DONNA GOOD**                            )
**431 SHEPHERD AVENUE APT. 2**            )
**CINCINNATI, OH 45215**                  )
                                          )
**AND**                                   )
                                          )
**GREG GRABER**                           )
**3314 MEADOW GREEN COURT**               )
**AMELIA, OH 45102**                      )
                                          )
**AND**                                   )
                                          )
**MAURICE GRABOW**                        )
**13208 RYLE ROAD**                       )
**UNION, KY 41091**                       )
                                          )
**AND**                                   )
                                          )
**ERIN GREELISH**                         )
**1915 EMORY COURT**                      )
**HEBRON, KY 41048**                      )
                                          )
**AND**                                   )
                                          )
**GLORIA GREENE**                         )
**1106 WALNUT STREET**                    )
**HAMILTON, OH 45011**                    )
                                          )
**AND**                                   )
                                          )
**TODD GREEN**                            )
**2349 JOSHUA CIRCLE**                    )
**MIDDLETOWN, OH 45044**                  )
                                          )
**AND**                                   )
                                          )
**ROBBIE GREGORY**                        )
**3899 SCHROEDER DRIVE**                  )
**HAMILTON, OH 45011**                    )
                                          )
**AND**                                   )
                                          )

22

**CARLA GRIESSMAN** )
**404 VICTORIA PLACE** )
**TRENTON, OH 45067** )
  )
**AND** )
  )
**SUSAN GRIFFIN** )
**4915 ANDREW STREET** )
**ST. BERNARD, OH 45217** )
  )
**AND** )
  )
**JENNY GRIMM** )
**134 GARVEY AVENUE** )
**ELSMERE, KY 41018** )
  )
**AND** )
  )
**MELISSA HABERMEHL** )
**3184 VERONA-MUDLICK ROAD** )
**VERONA, KY 41092** )
  )
**AND** )
  )
**KEVIN HAGGARD** )
**6190 RIDGEWOOD COURT** )
**FLORENCE, KY 41042** )
  )
**AND** )
  )
**LENORA HAGGARD** )
**6190 RIDGEWOOD COURT** )
**FLORENCE, KY 41042** )
  )
**AND** )
  )
**PARIS HALBERT** )
**5209 WARD STREET** )
**CINCINNATI, OH 45227** )
  )
**AND** )
  )
**LYNN HALEY** )
**12968 WYNEWOOD TRAIL** )
**INDEPENDENCE, KY 41051** )
  )

AND                          )
                               )

**ALYSSA HALL**           )
**13005 WYNEWOOD TRAIL**  )
**INDEPENDENCE, KY 41051**  )
                               )

**AND**                          )
                               )

**LISA HALL**             )
**13005 WYNEWOOD TRAIL**  )
**INDEPENDENCE, KY 41051**  )
                               )

**AND**                          )
                               )

**RUHAMA HALL**        )
**31 COUNTY SEAT**      )
**BATAVIA, OH 45103**    )
                               )

**AND**                          )
                               )

**DOROTHEA HAMILTON**  )
**1228 STATE ROUTE 380**   )
**WILMINGTON, OH 45177**  )
                               )

**AND**                          )
                               )

**SAMANTHA HAMILTON**  )
**613 MILLVILLE-OXFORD ROAD**  )
**HAMILTON, OH 45013**    )
                               )

**AND**                          )
                               )

**DENISE HAMILTON,**     )
**INDIVIDUALLY, AND ON BEHALF**  )
**OF HER MINOR SON, WILLIAM**  )
**HAMILTON**           )
**98 WEST FOSTER**      )
**MAINEVILLE, OH 45039**   )
**AND**                          )
                               )

**COURTNEY HAMMONS**   )
**312 ROSS AVENUE, APT. 3**  )
**HAMILTON, OH 45013**    )
                               )

**AND**                          )
                               )

RYAN HANDOFF                          )
5407 KINGS RIDGE WAY                  )
KINGS MILLS, OH 45034                 )
                                      )
AND                                   )
                                      )
TIMOTHY HANNON                        )
181 MILLVILLE-OXFORD ROAD             )
HAMILTON, OH 45013                    )
                                      )
AND                                   )
                                      )
DAVID HARRIS                          )
170 RICHARDSON PLACE, #1              )
CINCINNATI, OH 45233                  )
                                      )
AND                                   )
                                      )
ADAM HARTMAN                          )
4110 RANDALL PARKWAY, APT. 1F         )
WILMINGTON, NC 28403                  )
                                      )
AND                                   )
                                      )
KEVIN HARTNESS                        )
1070 BETHEL NEW RICHMOND RD.          )
APT. 15                               )
NEW RICHMOND, OH 45157                )
                                      )
AND                                   )
                                      )
WAYNE HATFIELD                        )
13 CEDAR DRIVE                        )
STERLING, VA 20164                    )
                                      )
AND                                   )
                                      )
DOUGLAS HAYES, SR.                    )
2900 ARMCO DR.                        )
MIDDLETOWN, OH 45042                  )
                                      )
AND                                   )
                                      )
LARRY STEPHEN HAYES                   )
AS ADMINISTRATOR OF THE               )
ESTATE OF WILLIAM HAYES               )

3229 GLENGYLE AVE., #1     )
CINCINNATI, OH 45208    )
    )
AND    )
    )
CHRISTOPHER HAYNES, AS FATHER )
AND NEXT FRIEND OF    )
EMILY HAYNES, A MINOR    )
4037 WITHROW ROAD    )
HAMILTON, OH 45011    )
    )
AND    )
    )
MINUET HEALY    )
1921 MEARS AVENUE, APT. 2    )
CINCINNATI, OHIO 45230    )
    )
AND    )
    )
LESLIE POWERS, ADMINISTRATOR )
FOR THE ESTATE OF    )
HEATHER HEFFNER, DECEASED,    )
3815 HAMILTON-MASON ROAD    )
HAMILTON, OH 45011    )
    )
AND    )
    )
DENISE HELTON    )
1206 2ND STREET    )
READING, OH 45215    )
    )
AND    )
    )
EVELYN HELTON    )
6855 MORROW-ROSSBURG ROAD    )
MORROW, OH 45152    )
    )
AND    )
    )
THERESA HELTON    )
4700 WEST FORK ROAD    )
CINCINNATI, OH 45247    )
    )
AND    )
    )
DEBRA HENDERSON    )

765 SANDERS DRIVE                                 )
HAMILTON, OH 45013                                )
                                                  )
AND                                               )
                                                  )
KELLY HENNESSY                                    )
4226 TURRILL STREET                               )
CINCINNATI, OH 45223                              )
AND                                               )
                                                  )
BARBARA HENSLEY                                   )
12063 DECKER                                      )
RICHWOOD, KY 41094                                )
                                                  )
AND                                               )
                                                  )
RYAN HENSLEY                                      )
6298 E. HIGHWAY 221                               )
BLEDSOE, KY 40810                                 )
                                                  )
AND                                               )
                                                  )
KATHY HERSLEY, AS MOTHER AND )
NEXT FRIEND OF EMILY HERBERT, )
A MINOR,                                          )
505 EAST MAIN                                     )
GREENSBURG, IN 47240                              )
                                                  )
AND                                               )
                                                  )
KATHY HERSLEY                                     )
505 EAST MAIN                                     )
GREENSBURG, IN 47240                              )
                                                  )
AND                                               )
                                                  )
JENNIFER HICKEY                                   )
9093 WISTERIA COURT                               )
FLORENCE, KY 41042                                )
                                                  )
AND                                               )
                                                  )
ALISSA HIGHTCHEW                                  )
417 WEST NINTH STREET                             )
NEWPORT, KY 41071                                 )
                                                  )

27

AND           )
                  )

KAREN HIGGINBOTHAN  )
167 BARABOO           )
LIBERTY TOWNSHIP, OH 45011  )
                  )

AND           )
                  )

MICHAEL HILLARD      )
9337 CINCINNATI PIKE     )
CORINTH, KY 41010      )
                  )

AND           )
                  )

DIRK HITCHCOCK       )
10425 KIMBERLY DRIVE    )
FLORENCE, KY 41042      )
                  )

AND           )
                  )

CELESTE HOFFMAN     )
13 YEALEY DRIVE       )
FLORENCE, KY 41042      )
                  )

AND           )
                  )

LORETTA HON         )
320 HWY. 227 N.        )
NEW LIBERTY, KY 40355    )
                  )

AND           )
                  )

CHELSEA HORTMAN     )
3414 TURTLECREEK ROAD   )
LEBANON, OH 45036      )
                  )

AND           )
                  )

ROBERT HOUGHTON, SR.   )
6342 ST RT 730        )
WILMINGTON, OH 45177    )
                  )

AND           )
                  )

ROBERT HOUGHTON, JR.   )
6342 ST RT 730        )

WILMINGTON, OH 45177       )
                                                 )

AND                                     )
                                                 )

RICKY HOUNCHELL           )
1204 GREENWOOD AVENUE    )
HAMILTON, OH 45011        )
                       )

RITA HOUCHELL             )
1204 GREENWOOD AVENUE    )
HAMILTON, OH 45011        )
                       )

AND                                     )
                       )

KATHRYN HOWELL          )
1355 CASON LAND          )
DRY RIDGE, KY 41035      )
                       )

AND                                     )
                       )

LOUIS HUGHES             )
986 E. CRESCENTVILLE ROAD  )
CINCINNATI, OH 45246     )
                       )

AND                                     )
                       )

TAMMY HUGHES          )
9042 SUPREME COURT      )
INDEPENDENCE, KY 41051   )
                       )

AND                                     )
                       )

KEVIN HUNLEY            )
13478 SERVICE ROAD      )
WALTON, KY 41094         )
                       )

AND                                     )
                       )

CAROLYN HURSONG        )
3464 HOLLYGLEN COURT    )
CINCINNATI, OH 45251     )
                       )

AND                                     )
                       )

DAVID HUSER, AS EXECUTOR  )
OF THE ESTATE OF CONNIE HUSER, )

DECEASED )
9148 TAG DRIVE )
CINCINNATI, OH 45231 )
)
AND )
)
GEORGE HUTCHINSON )
3951 WEST 8TH STREET )
CINCINNATI, OH 45205 )
)
AND )
)
MARTHA HUTTON )
9520 AMBLESIDE DRIVE )
CINCINNATI, OH 45241 )
)
AND )
)
IRENE HYDE )
105 CRYSTAL LAKE DRIVE )
COVINGTON, KY 41017 )
)
AND )
)
JEFFREY HYDE )
105 CRYSTAL LAKE DRIVE )
COVINGTON, KY 41017 )
)
AND )
)
ELSA IERACI )
11815 NEUSS AVENUE )
CINCINNATI, OH 45246 )
)
AND )
)
TRACY JANSON )
785 REED KINMAN ROAD )
WILLIAMSTOWN, KY 41097 )
)
AND )
)
KIMBERLY JENKINS )
1404 TURNER RIDGE ROAD )
FALMOUTH, KY 41040 )
)

AND )
)
SARAH JESSEE )
2475 ROOSEVELT ST. )
CINCINNATI, OH 45231 )
)
AND )
)
STEPHANIE JOBE )
16602 SELL CIRCLE #41 )
HUNTINGTON BEACH, CA 92649 )
)
AND )
)
AMBER JOHNSON )
6239 CAVALCADE DRIVE )
HAMILTON, OH 45011 )
)
AND )
)
CHELSEA JOHNSON )
1616 GARRARD STREET )
COVINGTON, KY 41014 )
)
AND )
)
KAREN JOHNSON )
116 HUNTERS COURT )
AMELIA, OH 45102 )
)
AND )
)
ROGER JOHNSON )
5261 RIVER ROAD )
FAIRFIELD, OH 45014 )
)
AND )
)
SARA JONAS )
6502 JENNIFER COURT )
LIBERTY TOWNSHIP, OH 45044 )
)
AND )
)
DILLON JONES )
5033 RIVERWALD DR. )

KINGS MILLS, OH 45034          )
          )
AND          )
          )
JOAN JONES          )
3218 WOODWARD STREET          )
ERLANGER, KY 41018          )
          )
AND          )
          )
RACHEL JONES          )
1553 PULLAN AVENUE          )
CINCINNATI, OH 45223          )
          )
AND          )
          )
SYDNEY JONES          )
601 SOUTH MAIN STREET          )
P.O. BOX 492          )
MILAN, IN 47031          )
          )
AND          )
          )
TAMMY JONES          )
9618 DECOURSEY PIKE          )
RYLAND HEIGHTS, KY 41015          )
          )
AND          )
          )
JACQUELINE JUDKINS          )
6779 YOAKUM COURT          )
LIBERTY TOWNSHIP, 45044          )
          )
AND          )
          )
PHYLLIS JUDKINS          )
11651 NORBOURNE DRIVE, #505          )
CINCINNATI, OH 45240          )
          )
AND          )
          )
SARAH JUERGENS          )
9592 BROWER ROAD          )
NORTH BEND, OH 45052          )
          )
AND          )

LINDA KALLMEYER WARD )
12000 WESTERLY DRIVE )
CINCINNATI, OH 45231 )
)
AND )
)
JOSH KAUFFMAN )
1794 MARINERS CV )
LOVELAND, OH 45140 )
)
AND )
)
KATELYN KAUFFMAN )
572 PEDRETTI AVE. )
CINCINNATI, OH 45238 )
)
AND )
)
MARTHA KIBLER )
9078 CANAL WAY )
WEST CHESTER, OH 45069 )
)
AND )
)
DEBORAH KIDD )
1625 ASMAN AVENUE )
CINCINNATI, OH 45229 )
)
AND )
)
SHERRY KIDD )
12 CHERRYWOOD LANE )
ALEXANDRIA, KY 41001 )
)
AND )
)
CHARLOTTE KING )
1358 AMMERMAN LANE )
FALMOUTH, KY 41040 )
)
AND )
)
MAGGIE KNAUER, AS EXECUTOR )
OF THE ESTATE OF )
CHRISTOPHER KNAUER, DECEASED )

**446 SHANNON CIRCLE**　　　　　)
**BATAVIA, OH 45103**　　　　　　)
　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
**MAGGIE KNAUER**　　　　　　　)
**446 SHANNON CIRCLE**　　　　　)
**BATAVIA, OH 45103**　　　　　　)
　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
**AMANDA KOCH**　　　　　　　　)
**5133 MOUNT ALVERNO**　　　　　)
**CINCINNATI, OH 45238**　　　　　)
　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
**ROSE KOEHLER**　　　　　　　　)
**7060 MAUD HUGHES ROAD**　　　)
**HAMILTON, OH 45011**　　　　　　)
　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
**SHANNON KOEHLER**　　　　　　)
**135 MONTCLAIR STREET**　　　　)
**LUDLOW, KY 41016**　　　　　　　)
　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
**MIKE KOELBLIN**　　　　　　　　)
**1221 MILLVILLE AVENUE**　　　　)
**HAMILTON, OH 45013**　　　　　　)
　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
**VALERIE KOPP**　　　　　　　　　)
**14216 DECOURSEY PIKE**　　　　　)
**MORNING VIEW, KY 41063**　　　　)
　　　　　　　　　　　　　　　　)
**AND**　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
**LAURA KATHLEEN**　　　　　　　)
**KRANBUHL-MCKEE**　　　　　　　)
**105 NORTH THIRD STREET**　　　　)
**LOVELAND, OH 45140**　　　　　　)
　　　　　　　　　　　　　　　　)

AND                                              )
                                                 )
LARRY KRECH                                       )
725 COACHWAY COURT                               )
TAYLOR MILL, KY 41015                            )
                                                 )
AND                                              )
                                                 )
BRANDON LACINAK                                  )
890 E. COLUMBIA AVENUE                           )
CINCINNATI, OH 45215                             )
                                                 )
AND                                              )
                                                 )
NATASHA LAINHART                                 )
58 HIGH STREET                                   )
WALTON, KY 41094                                 )
                                                 )
AND                                              )
                                                 )
VICTORIA LANDRUM                                 )
10357 BANKLICK RD.                               )
WALTON, KY 41094                                 )
                                                 )
AND                                              )
                                                 )
N.L., (A MINOR)                                  )
BY AND THROUGH HIS PARENTS                        )
AND NEXT FRIENDS                                 )
LYNDON AND MAURINE LANGFORD )
856 HAMLIN DRIVE                                 )
MAINEVILLE, OH 45039                             )
                                                 )
AND                                              )
                                                 )
TOM LANTRY                                       )
102 PROMONTORY DR., APT. D                       )
COVINGTON, KY 41015                              )
                                                 )
AND                                              )
                                                 )
PATRICIA LEGENDRE                                )
1010 MORADO DRIVE                                )
CINCINNATI, OH 45238                             )
                                                 )
AND                                              )

KAREN LEGER                   )
1812 MOREY AVENUE       )
HAMILTON, OH 45011      )
                                  )
AND                            )
                                  )
BETH LEISRING            )
5356 TAYLOR MILL ROAD  )
TAYLOR MILL, KY 41015   )
                                  )
AND                            )
                                  )
SANDRA LEMMEL        )
6671 TRADITION TRAIL    )
MASON, OH 45040        )
                                  )
AND                            )
                                  )
KATIE LEHMKUHL       )
9504 MAIN ST.            )
CINCINNATI, OH 45242   )
                                  )
AND                            )
                                  )
AILENE LEVAN          )
675 EUCLID STREET      )
CRESCENT SPRINGS, KY 410171 )
                                  )
AND                            )
                                  )
HILLARY LEVANDOFSKY  )
1645 WEST MAIN #2      )
WILMINGTON, OH 45177   )
                                  )
AND                            )
                                  )
ADRIAN LILLY           )
3474 INEX AVENUE      )
BETHEL, OH 45106       )
                                  )
AND                            )
                                  )
DEREK LIST             )
3617 TAMBER RIDGE DRIVE  )
COVINGTON, KY 41015    )

AND                            )

LYNN LIST           )
3617 TAMBER RIDGE DRIVE  )
COVINGTON, KY 41015    )

AND                            )

TAMMIE LITTLE      )
290 PRARIE AVENUE, APT. 208  )
WILMINGTON, OH 45177   )

AND                            )

TAMALA LOVETTE    )
485 DEWDROP CIRCLE, UNIT D  )
CINCINNATI, OHIO 45240   )

AND                            )

KIMBERLY LUSE      )
4549 AMELIA CIR.       )
HAHIRA, GA 31632      )

AND                            )

RHONDA MAINS      )
408 HAWTHORNE STREET   )
COVINGTON, KY 41014    )

AND                            )

SHIRLEY MAINS      )
3526 SHADYSIDE DRIVE    )
ERLANGER, KY 41018     )

AND                            )

VICKY MAINS        )
97 ABBEYWOOD DRIVE APT. 307  )
FALMOUTH, KY 41040    )

AND                            )

TAMMY MANN        )

37

3487 CLOVER DRIVE                    )
COVINGTON, KY 41015                  )
                                     )
AND                                  )
                                     )
KENNETH MAHLENKAMP                   )
113 GRANT ST.                        )
FT. THOMAS, KY 41075                 )
                                     )
AND                                  )
                                     )
JACK MARSCHESCHI                     )
1360 PENNSBURY DRIVE                 )
CINCINNATI, OH 45238                 )
                                     )
AND                                  )
                                     )
PAUL MARKSBERRY                      )
1211 GARRARD STREET                  )
COVINGTON, KY 41011                  )
                                     )
AND                                  )
                                     )
TIMOTHY MARSHALL                     )
60 JONES ROAD                        )
CORINTH, KY 41010                    )
                                     )
AND                                  )
                                     )
STACY JOHN MARTIN                    )
1875 HWY 127                         )
WARSAW, KY 41095                     )
                                     )
AND                                  )
                                     )
ROBERT MASTERS                       )
5955 FURLONG WAY                     )
HAMILTON, OH 45011                   )
                                     )
AND                                  )
                                     )
JULIE MARTIN                         )
3959 ASHMONT DRIVE                   )
ERLANGER, KY 41018                   )
                                     )
AND                                  )

BRANDON MATHIS )
5361 BAY VIEW DRIVE, #54 )
TAYLOR MILL, KY 41015 )
 )
AND )
 )
DONALD MAUNTEL, )
INDIVIDUALLY, AND ON BEHALF )
OF THEIR MINOR SON, )
MARY MAUNTEL )
1837 ASHBROOK DR )
CINCINNATI, OH 45238 )
 )
AND )
 )
KIMBERLY MAYER )
3535 E TAYLOR SCHOOL ROAD )
HAMILTON, OH 45011 )
 )
AND )
 )
DEREK MAYFIELD )
455 SQUIRESVILLE RD. )
OWENTON, KY 40359 )
 )
AND )
 )
JAMES MCCAIN )
615 SHULTZ DRIVE )
HAMILTON, OH 45013 )
 )
AND )
 )
JENNA MCCALL )
4010 HAMMOND BLVD )
HAMILTON, OH 45015 )
 )
AND )
 )
HEATHER MCCANN )
99 A STREET )
WILMINGTON, OH 45177 )
 )
AND )
 )

HIRAM MCCAULEY )
4256 ASPEN DRIVE )
INDEPENDENCE, KY 41051 )
)
AND )
)
KYRA MCCLENDON )
2224 OAKLAND AVENUE )
COVINGTON, KY 41014 )
)
AND )
)
JEFF MCCLURE )
1860 HEATHEN RIDGE ROAD )
CRITTENDEN, KY 41030 )
)
AND )
)
KEVIN MCDONALD )
1073 CLOUGH PIKE )
CINCINNATI, OH 45245 )
)
AND )
)
MARCELLA MCDONALD )
1073 CLOUGH PIKE )
CINCINNATI, OH 45245 )
)
AND )
)
GRANT MCKENNEY )
2792 SHAMU DRIVE )
HEBRON, KY 41048 )
)
AND )
)
CANDI MCKINNEY )
4258 ASPEN DRIVE APT. 2 )
INDEPENDENCE, KY 41051 )
)
AND )
)
TYLER MCKNIGHT )
816 FRANKLIN STREET )
HAMILTON, OH 45013 )

AND        )
          )
JESIKA MCLAUGHLIN   )
213 EDDIE LN.      )
PO BOX 222       )
MARIENVILLE, PA 16239   )
          )
AND        )
          )
TERESA MCMILLEN    )
10616 CINDERELLA DRIVE  )
MONTGOMERY, OH 45242  )
          )
AND        )
          )
MARK MCMURREN    )
89 EAST MEADOW DRIVE   )
BATAVIA, OH 45103    )
          )
AND        )
          )
KAMERON MCNEAL    )
110141 WEST ROAD #3    )
HARRISON, OH 45013    )
          )
AND        )
          )
TONIA MCQUEARY    )
6342 LAKE RIDGE COURT   )
LOVELAND, OH 45140    )
          )
AND        )
          )
TIFFANY MEADOWS    )
1045 GOODMAN AVENUE   )
HAMILTON, OH 45013    )
          )
AND        )
          )
DAWN MERLAND     )
17 ORCHARD AVE.     )
CINCINNATI, OH 45215    )
          )
AND        )
          )
TIFFANY MESSERSCHMIDT  )

**15131 PINE ROAD**                              )
**BROOKVILLE, IN 47012**                         )
                                                 )
**AND**                                          )
                                                 )
**RANDALL METCALF**                              )
**3345 ROBERT E. LEE DRIVE**                     )
**ERLANGER, KY 41018**                           )
                                                 )
**AND**                                          )
                                                 )
**DIANE MEYER**                                  )
**5279 PONDEROSA DRIVE**                         )
**CINCINNATI, OH 45239**                         )
                                                 )
**AND**                                          )
                                                 )
**TOM MEYERS**                                   )
**9281 INDIAN TRACE RD**                         )
**ALEXANDRIA, KY 41001**                         )
                                                 )
**AND**                                          )
                                                 )
**LYNDSEY MIDDENDORF**                           )
**3291 RIDGETOP WAY**                            )
**EDGEWOOD, KY 41017**                           )
                                                 )
**AND**                                          )
                                                 )
**KAREN MILLER**                                 )
**993 SOUTHRIDGE AVENUE**                        )
**WILMINGTON, OH 45177**                         )
                                                 )
**AND**                                          )
                                                 )
**RYAN MILLER**                                  )
**10949 THORNVIEW DRIVE**                        )
**CINCINNATI, OH 45241**                         )
                                                 )
**AND**                                          )
                                                 )
**SAMANTHA MINK**                                )
**10007 BENT TREE CIRCLE**                       )
**UNION, KY 41091**                              )
                                                 )
**AND**                                          )

**VERA MOFFITT**                                      )
**771 COLBERT CIRCLE**                                )
**CINCINNATI, OH 45240**                              )
                                                      )
**AND**                                               )
                                                      )
**BILLIE JANE MOORE**                                 )
**2525 LEMON NORTHCUTT ROAD**                         )
**DRY RIDGE, KY 41035**                               )
                                                      )
**AND**                                               )
                                                      )
**DEBBIE MOORE**                                      )
**8174 SMITH ROAD**                                   )
**BROOKEVILLE, IN 47012**                             )
                                                      )
**AND**                                               )
                                                      )
**DONALD MOORE**                                      )
**116 AARONSWAY**                                     )
**DRY RIDGE, KY 41035**                               )
                                                      )
**AND**                                               )
                                                      )
**ROBERT MOORE**                                      )
**274 PRAIRIE AVENUE**                                )
**WILMINGTON, OH 45177**                              )
                                                      )
**AND**                                               )
                                                      )
**STEPHANIE MOORE**                                   )
**80 CLEARVIEW LANE**                                 )
**FRANKLIN, OH 45005**                                )
                                                      )
**AND**                                               )
                                                      )
**TIM MOORE**                                         )
**425 SILVERLAKE AVE.**                               )
**ERLANGER, KY 41018**                                )
                                                      )
**AND**                                               )
                                                      )
**WILLIAM MOORE**                                     )
**11377 MOUNT VERNON DRIVE**                          )
**DUNCANVILLE, AL 35456**                             )

)
AND )
)
ROBERT MOUNCE )
2396 PARAGON MILL DRIVE )
BURLINGTON, KY 41005 )
)
AND )
)
SARRA MUELLER )
3966 WASHINGTON ROAD )
CHEVIOT, OH 45211 )
)
AND )
)
STEPHANIE MUELLER )
226 SHORT MAY ST. )
ELSMERE, KY 41018 )
)
AND )
)
JENNIFER MYERS )
301 SOUTH 1ST STREET )
TRENTON, OHIO 45067 )
)
AND )
)
JOETTA NAFE )
741 RIDGEWOOD AVE. )
HAMILTON, OH 45013 )
)
AND )
)
TONYA NEAL )
5350 ASTER PARK DRIVE )
HAMILTON, OH 45011 )
)
AND )
)
CHARLES NELSON )
1103 THIRD STREET )
DAYTON, KY 41074 )
)
AND )
)
GARY NEU )

**6831 PARKLAKE DR.**      )
**MASON, OH 45040**      )
      )
**AND**      )
      )
**MARJORIE NEWMAN**      )
**355 SECOND STREET**      )
**MORROW, OH 45152**      )
      )
**AND**      )
      )
**TERESA NICHOLS**      )
**1291 DEBLIN DRIVE**      )
**MILFORD, OH 45150**      )
      )
**AND**      )
      )
**RAHMANN NISBETT**      )
**51 BUTTERMILK PIKE**      )
**LAKESIDE PARK, KY 41017**      )
      )
**AND**      )
      )
**MICHELLE NOBLE**      )
**1876 MT. ZION ROAD**      )
**UNION, KENTUCKY 41091**      )
      )
**AND**      )
      )
**GAIL NORDEMAN**      )
**15031 PUNTA RASSA RD**      )
**#503**      )
**FT. MYERS, FL 33908**      )
      )
**AND**      )
      )
**RUVIMBO NYEMBA**      )
**4131 ST MARTIN PLACE**      )
**CINCINNATI, OH 45211**      )
      )
**AND**      )
      )
**WENDY OBERLANDER**      )
**6910 EVANSTON AVE.**      )
**MUSKEGON, MI 49442**      )
      )

AND                                              )
                                                 )
MICHAEL ODULANA                                  )
20203 EMERSON                                    )
CINCINNATI, OH 45239                             )
                                                 )
AND                                              )
                                                 )
TIMOTHY OSBORN                                   )
57 E MAIN STREET, UNIT B                         )
CLARKSVILLE, OH 45113                            )
                                                 )
AND                                              )
                                                 )
DANNIE OWENS                                     )
1090 LOVELAND-MADEIRA ROAD, #10
LOVELAND, OH 45140                               )
                                                 )
AND                                              )
                                                 )
HALEY PAYNE                                      )
1680 BIG THREE MILE ROAD                         )
ABERDEEN, OH 45101                               )
                                                 )
AND                                              )
                                                 )
JEFF PEDDICORD                                   )
3657 MILLS ROAD                                  )
INDEPENDENCE, KY 41051                           )
                                                 )
AND                                              )
                                                 )
DUANE PELFREY                                    )
950 SHEFFIELD DR.                                )
MASON, OH 45040                                  )
                                                 )
AND                                              )
                                                 )
ANGELA PENNINGTON                                )
1785 STATE ROUTE 28, #50                         )
GOSHEN, OH 45122                                 )
                                                 )
AND                                              )
                                                 )
KENNETH PFETSCH                                  )
4832 BRIDGE LANE, APT. 1                         )

MASON, OH 45040          )
)
AND          )
)
CLARENCE PHILLIPS          )
28 HEARTHSTONE COURT          )
FLORENCE, KY 41042          )
)
AND          )
)
HEATHER PICKETT          )
207 PRUYN STREET          )
AURORA, IN 47001          )
)
AND          )
)
CRYSTAL PIERCE          )
3543 EPLEY ROAD, #3          )
CINCINNATI, OH 45247          )
)
AND          )
)
JEFFREY POFF          )
181 RICHARDSON PL.          )
CINCINNATI, OH 45233          )
)
AND          )
)
SHEILA POGUE-KRABACHER          )
1287 WEST MAIN STREET          )
WILMINGTON, OH 45177          )
)
AND          )
)
JEFF POTTS          )
8971 ELDORA DRIVE          )
CINCINNATI, OH 45236          )
)
AND          )
)
ANTOINE POWELL          )
650 NORTH PECOS ROAD, APT. # 1044 )
LAS VEGAS, NV 89115          )
)
AND          )
)

KATHERINE PRATER )
11497 BASIL RD NW )
BALTIMORE, OH 43105 )
)
AND )
)
LAWRENCE PRIDEMORE )
1075 ARBOR SPRINGS DR. )
HAMILTON, OH 45013 )
)
AND )
)
TOM PRITCHARD, AS EXECUTOR )
OF THE ESTATE OF )
SHARON PRITCHARD, DECEASED )
8372 JUNIPER LANE )
FLORENCE, KY 41042 )
)
AND )
)
SHERRI PUCKETT-MORRISSETTE )
164 TAYLOR AVENUE )
MARYSVILLE, OHIO 43040 )
)
AND )
)
CAROL PUMMELL )
129 MAYS DRIVE )
SABINA, OH 45169 )
)
AND )
)
JAMES PUMPELLY )
1161 MILLER AVENUE )
MAYSVILLE, KY 41056 )
)
AND )
)
NICHOLAS QUINN, AS )
ADMINISTRATOR )
OF THE ESTATE OF )
MARCIA QUINN, DECEASED )
817 SANDERS DRIVE )
HAMILTON, OH 45013 )
)
AND )

48

**SANDRA RADEKE**                                       )
**6810 JERSEY AVENUE**                                  )
**SAILOR PARK, OH 45233**                               )
                                                        )
**AND**                                                 )
                                                        )
**MARGARET RADENHEIMER**                                )
**204 WEST HARRISON AVENUE**                            )
**WEST HARRISON, IN 47060**                             )
                                                        )
**AND**                                                 )
                                                        )
**MARY RAVENSCRAFT**                                    )
**285 SHERWOOD COURT**                                  )
**BATAVIA, OH 45103**                                   )
                                                        )
**AND**                                                 )
                                                        )
**TODD RAY**                                            )
**13118 ALEXANDRIA PIKE**                               )
**BUTLER, KY 41006**                                    )
                                                        )
**AND**                                                 )
                                                        )
**SAMANTHA REDROW**                                     )
**6637 SOUTH COVE DRIVE**                               )
**CINCINNATI, OH 45233**                                )
                                                        )
**AND**                                                 )
                                                        )
**DANIELLE REED**                                       )
**453 MILLVILLE ROAD**                                  )
**HAMILTON, OH 45013**                                  )
                                                        )
**AND**                                                 )
                                                        )
**MARK REED**                                           )
**103 CASTANEA DRIVE**                                  )
**MASON, OH 45040**                                     )
                                                        )
**AND**                                                 )
                                                        )
**JANE REEDER**                                         )
**130 MADALYN LOFTIN DRIVE**                            )
**BLANCHESTER, OH 45107**                               )

AND                                         )
                                            )
                                            )
VALERIE REEVES                              )
4915 MARATHON EDENTON ROAD                  )
WILLIAMSBURG, OH 45176                       )
                                            )
AND                                         )
                                            )
HOLLY REIFENBERGER                          )
6 POTOMAC COURT                             )
LOVELAND, OHIO 45140                         )
                                            )
AND                                         )
                                            )
JEFF REMLEY                                 )
6819 EAST PLUM STREET                       )
CINCINNATI, OH 45244                         )
                                            )
AND                                         )
                                            )
DERRILL REYNOLDS                            )
218 OAK STREET, APT. #1                      )
LUDLOW, KY 41016                             )
                                            )
AND                                         )
                                            )
KENT REYNOLDS                               )
853 WESLEY DRIVE                            )
VILLA HILLS, KY 41017                        )
                                            )
AND                                         )
                                            )
LISA REYNOLDS                               )
951 ALLY WAY                                )
INDEPENDENCE, KY 41051                       )
                                            )
AND                                         )
                                            )
JOHN RICHARDSON                             )
396 HAMPSHIRE                               )
HAMILTON, OH 45011                           )
                                            )
AND                                         )
                                            )
JORDAN RIBARIU                              )

**8045 REMINGTON ROAD**  )
**CINCINNATI, OH 45242**  )
)
**AND**  )
)
**JASON RILEY**  )
**884 GORDON SMITH BLVD., #9**  )
**HAMILTON, OH 45103**  )
)
**AND**  )
)
**DONNA RISTER**  )
**809 MARK AVENUE**  )
**HAMILTON, OH 45013**  )
)
**AND**  )
)
**DEBORAH ROARK**  )
**1176 DENNIS LANE 32**  )
**HAMILTON OH, 45013**  )
)
**AND**  )
)
**KELLY ROBINSON**  )
**1350 SCOTT STREET, APT. #2**  )
**COVINGTON, KY 41011**  )
)
**AND**  )
)
**TERESA ROBBINSON-WOODS**  )
**750 GRAND AVENUE #411**  )
**CINCINNATI, OH 45205**  )
)
**AND**  )
)
**DEBBIE RODRIGUEZ**  )
**834 KY HIGHWAY 19**  )
**CYNTHIANA, KY 41031**  )
)
**AND**  )
)
**JASON ROMER**  )
**3438 MAPLE TREE LANE**  )
**ERLANGER, KY 41018**  )
)
**AND**  )

51

**LAURA ROMITO**
**124 HARVARD PLACE**
**SOUTHGATE, KY 41071**

**AND**

**DOROTHY ROSE**
**313 KENEC DRIVE**
**MIDDLETOWN, OH 45042**

**AND**

**FAY ROSEBERRY**
**22 SAGEBRUSH LANE**
**ERLANGER, KY 41018**

**AND**

**CAROL ROSS**
**1012 UPLAND HEIGHTS**
**LAWRENCEBURG, IN 47025**

**AND**

**SANDRA ROUNDTREE**
**2037 FRANKLIN STREET, #A**
**COVINGTON, KY 41014**

**AND**

**RONALD ROWLEY**
**274 PRAIRIE AVENUE, APT. 106**
**WILMINGTON, OH 45177**

**AND**

**JOSH ROY**
**N280 EASTOWNE LANE**
**APPLETON, WI 54915**

**AND**

**KATHRYN RUEVE**
**4124 VINEDALE AVENUE**
**CINCINNATI, OH 45205**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

AND )
)
)
ROBERT RUNTZ )
1 MAIN STREET, APT. F4 )
P.O. BOX 625 )
ADDYSTON, OH 45001 )
)
AND )
)
)
CARSON RUTTER )
8466 BRANDONHILL COURT )
CINCINNATI, OH 45244 )
)
AND )
)
)
MIKE SAND )
3270 RECTOR ROAD )
MORNINGVIEW, KY 41063 )
)
AND )
)
)
MICHAEL SANDER )
2513 AVON DRIVE )
FT MITCHELL, KY 41017 )
)
AND )
)
)
CHRIS SCHEPER )
1859 PRINCESS CT )
HEBRON, KY 41048 )
)
AND )
)
)
ROBIN SCHILLER )
524 PATTERSON COURT )
LEBANON, OH 45036 )
)
AND )
)
)
JOSEPH SCHIMMEL )
185 KNAPP DRIVE )
HAMILTON, OH 45013 )
)
AND )
)

**KIM SCHMIT**                              )
**406 PRINCETON DRIVE**                     )
**TRENTON, OH 45067**                       )
                                            )
**AND**                                     )
                                            )
**KEVIN SCHMIT**                            )
**5490 CANNAS DRIVE**                       )
**CINCINNATI, OH 45238**                    )
                                            )
**AND**                                     )
                                            )
**PATRICK SCHMIT**                          )
**2778 TOLBERT RD.**                        )
**HAMILTON, OH 45011**                      )
                                            )
**AND**                                     )
                                            )
**BRANDON SCHOBORG**                        )
**1079 AUDUS COURT**                        )
**INDEPENDENCE, KY 41051**                  )
                                            )
**AND**                                     )
                                            )
**SUSAN SCHOCK**                            )
**4351 MOUNT ALVERNO ROAD**                 )
**CINCINNATI, OH 45238**                    )
                                            )
**AND**                                     )
                                            )
**ANDREW SCHULTZ**                          )
**25809 EASY WAY DRIVE**                    )
**GUILFORD, IN 47022**                      )
                                            )
**AND**                                     )
                                            )
**TIMOTHY SCHULZE**                         )
**6150 BURLINGTON PIKE**                    )
**BURLINGTON, KY 41005**                    )
                                            )
**AND**                                     )
                                            )
**RONALD SCHUSTER**                         )
**903 SHAYLER ROAD**                        )
**CINCINNATI, OH 45245**                    )
                                            )

AND )
)
**DELORES SCOTT** )
**124 PAMELA DRIVE #105** )
**MORROW, OH 45152** )
)
AND )
)
**RHONDA SCOTT** )
**421 OAK GROVE ROAD** )
**MARTINSVILLE, OH 45146** )
)
AND )
)
**ALI SCULLY** )
**6389 TIMBERHILL COURT** )
**CINCINNATI, OH 45233** )
)
AND )
)
**RUTHIE SEARS** )
**3907 MACK ROAD, APT. #57** )
**FAIRFIELD, OH 45014** )
)
AND )
)
**DANA SETTERS** )
**5372 GABBARD DRIVE** )
**TRENTON, OH 45067** )
)
AND )
)
**GLENNA SHAFER** )
**3151 RIVER ROAD** )
**CINCINNATI, OH 45204** )
)
AND )
)
**ASIA SHANNON** )
**2393 BRICK HOUSE LANE** )
**FAIRFIELD, OH 45014** )
)
AND )
)
**BRENDA SHELL** )
**6058 JERRY LEE DRIVE** )

55

MILFORD, OH 45150           )
                                              )
AND                           )
                                              )

DAVID SHEMPERT           )
27 CHAMBERS ROAD      )
WALTON, KY 41094        )
   )
AND                           )
   )

CHARLANN SHEPHERD    )
725 BALLARD TERRACE    )
PO BOX 476   )
BARLOW, KENTUCKY 42024   )
   )
AND   )
   )

KAREN SISSON   )
2219 DREX AVE.   )
CINCINNATI, OH 45212   )
   )
AND   )
   )

MICHELLE SIZEMORE   )
4165 MT. CARMEL-TOBASCO RD.   )
#8   )
CINCINNATI, OH 45255   )
   )
AND   )
   )

HEATHER SLAYBACK   )
203 SOUTH BOWLES STREET   )
WEST HARRISON, IN 47060   )
   )
AND   )
   )

CRYSTAL SLONE   )
10519 MARSHALL ROAD   )
LATONIA, KY 41015   )
   )
AND   )
   )

DONNA SMALLWOOD   )
12070 REGENCY RUN COURT, #3   )
CINCINNATI, OH 45240   )
   )

AND                                                    )
                                                       )
**DAVID SMITH**                                        )
**1445 KAHN AVE.**                                     )
**HAMILTON, OH 45011**                                 )
                                                       )
AND                                                    )
                                                       )
**DONALD SMITH**                                       )
**2537 WARREN STREET**                                 )
**COVINGTON, KY 41014**                                )
                                                       )
AND                                                    )
                                                       )
**ORRIS SMOOTE**                                       )
**601 MAPLE AVENUE, APT. 903**                         )
**CINCINNATI, OH 45229**                               )
                                                       )
AND                                                    )
                                                       )
**DAVID SNIDER**                                       )
**590 ROBERTSON RD.**                                  )
**FELICITY, OH  45120**                                )
                                                       )
AND                                                    )
                                                       )
**SHERRY SPANGENBERG**                                 )
**4493 DEVON COURT**                                   )
**MASON, OH 45040**                                    )
                                                       )
AND                                                    )
                                                       )
**BILLY SPIVY**                                        )
**310 RICE DRIVE, APT. 18**                            )
**WEST UNION, OH 45693**                               )
                                                       )
AND                                                    )
                                                       )
**ZACHARY STACY**                                      )
**1535 OLD FERRELLS CREEK RD.**                        )
**BELCHER, KY 41513**                                  )
                                                       )
AND                                                    )
                                                       )
**EDDIE STALLINGS**                                    )
**4136 GRASMERE RUN**                                  )

MASON, OH 45040     )
              )
AND           )
              )
EARL STAMPS, JR.     )
10768 SHPLEY CT.     )
CINCINNATI, OH 45231   )
              )
AND           )
              )
RICHARD STANFIELD   )
4258 ASPEN DRIVE, APT. 2  )
INDEPENDENCE, KY 41051  )
              )
AND           )
              )
MICHELLE STEPHENS   )
3719 JACQUELINE DRIVE  )
ERLANGER, KY 41018   )
              )
AND           )
              )
PATRICK STEPHENSON   )
240 WAGEL ROAD    )
BROOKSVILLE, KY 41004  )
              )
AND           )
              )
TEMPIE STEPHENSON   )
310 RICE DR., APT. 9    )
WEST UNION, OH 45693   )
              )
AND           )
              )
BERT STIDHAM     )
923 DON VICTOR     )
INDEPENDENCE, KY 41051  )
              )
AND           )
              )
DEON STIGALL, JR.     )
2917 PRIZE STREET     )
CINCINNATI, OH 45204   )
              )
AND           )
              )

SIERRA STRATMAN )
1340 TAMARACK CIRCLE, APT. L )
FLORENCE, KY  41042 )
 )
AND )
 )
RYAN TACKETT )
6656 AUTUMN GLEN DRIVE )
WEST CHESTER, OH 45069 )
 )
AND )
 )
RYAN TANNER )
401 KUNTZ DRIVE )
LEBANON, OH 45036 )
 )
AND )
 )
ALEX TAYLOR )
1588 BEECHGROVE DRIVE )
CINCINNATI, OH 45233 )
 )
AND )
 )
GERRY TAYLOR, EXECUTOR OF THE)
ESTATE OF EDNA TAYLOR )
DECEASED )
802 TIVOLI LN )
CINCINNATI, OH 45246 )
 )
AND )
 )
KAREN TAYLOR )
3217 17TH STREET SW )
LEHIGH ACRES, FL 33976 )
 )
AND )
 )
KATHLEEN TESLCHER )
5719 HARVEY CIRCLE )
CINCINNATI, OH 45233 )
 )
AND )
 )
BEN THAELER )
8387 MAY AVENUE )

MIDDLETOWN, OH 45042   )
          )
AND          )
          )
BRIAN THIEN      )
7750 OTTAWA LANE, #158  )
WEST CHESTER OH 45069  )
          )
AND          )
          )
EDWARD THIESSEN    )
1602 SUMMIT HILLS DRIVE  )
CINCINNATI, OH 45255   )
          )
AND          )
          )
ADRIENNE THOMAS    )
7131 ARLINGTON ROAD   )
BETHESDA, MD 20814   )
          )
AND          )
          )
CONNIE UNDERWOOD   )
135 MONTCLAIR STREET   )
 LUDLOW, KY 41016    )
          )
AND          )
          )
KIM UNDERWOOD     )
1340 PARKWAY AVENUE   )
COVINGTON, KY 41016   )
          )
AND          )
          )
JACKLEN UPCHURCH    )
4264 CIDER MILL     )
CINCINNATI, OH 45245   )
          )
AND          )
          )
JORDAN VANCE     )
715 LITTLE HARTS CREEK ROAD )
HARTS, WEST VIRGINIA 25524 )
          )
AND          )
          )

BROOKE VANDERVORT )
6387 FARMERS RD. )
MARTINSVILLE, OH 45146 )
)
AND )
)
ASHLEY WALKER )
6 ARBOR CIR., #617 )
CINCINNATI, OH 45255 )
)
AND )
)
SHANNON WALLACE )
9028 SYMMESRIDGE LANE )
LOVELAND, OH 45140 )
)
AND )
)
VICKI WALLACE )
9028 SYMMESRIDGE LANE )
LOVELAND, OH 45140 )
)
AND )
)
KATHERINE WALLS )
3906 OLD SAVANNAH LANE )
CINCINNATI, OH 45245 )
)
AND )
)
LINDSEY WALSH )
16620 SE 70TH STREET )
BELLEVUE, WA 98006 )
)
AND )
)
TRACEY WALSH )
4246 WEST ARM DRIVE )
SPRING PARK, MN 55384 )
)
AND )
)
MICHELLE WALTERS )
915 HIGHKNOLL COURT, #93 )
VILLA HILLS, KY 41017 )
)

AND )
 )
HELEN WARD )
7902 CONSTITUTION DRIVE )
CINCINNATI, OH 45215 )
 )
AND )
 )
MICHAEL WATKINS )
1613 ASMANN AVE., #3 )
CINCINNATI, OH 45229 )
 )
AND )
 )
ELAINE WAXLER )
9508 SOUTHGATE DRIVE )
CINCINNATI, OH  45241 )
 )
AND )
 )
CATHLEEN WEBER )
7451 COLERAIN AVENUE, APT. 22 )
CINCINNATI, OH 45269 )
 )
AND )
 )
DANIEL WEBBER )
1205 LESLIE MARIE )
ELSMERE, KY 41018 )
 )
AND )
 )
BRANDON WEBSTER )
109 CHRISTINA CT. )
ALEXANDRIA, KY 41001 )
 )
AND )
 )
LAURA WEISBECKER )
50 OLYMPUS COURT )
HAMILTON, OH 45013 )
 )
AND )
 )
KIRSTIN WEISMAN )
5899 GILMORE DRIVE )

62

FAIRFIELD, OH 45014     )
              )
AND            )
              )
REGINA WESLEY      )
2303 VIVIAN PLACE     )
COVINGTON, KY 41011    )
              )
AND            )
              )
TIMOTHY WHALEN     )
22 WARSAW AVENUE     )
DRY RIDGE, KY 41035     )
              )
AND            )
              )
VIOLET WHALEN      )
940 CURRY LANE      )
DRY RIDGE, KY 41035     )
              )
AND            )
              )
LONNIE WHEELER     )
406 MONTE DRIVE     )
MASON, OH 45040      )
              )
AND            )
              )
SOPHIA WHITE       )
1439 LEMONTREE DR.     )
CINCINNATI, OH 45240    )
              )
AND            )
              )
TAMATHY WILDER     )
234 LEWIS LANE      )
NEWPORT, KY 41071     )
              )
AND            )
              )
TROY WILDER       )
2947 RIDGE AVENUE     )
HEBRON, KY 41048      )
              )
AND            )
              )

BENJAMIN WILLIAMS )
453 FOREST AVENUE )
ERLANGER, KY 41018 )
)
AND )
)
KELLY WILLIAMS )
42 MEADOWCREST DRIVE )
FRANKLIN, OH 45005 )
)
AND )
)
PATRICK WILLOUGHBY )
2138 AMSTERDAM ROAD )
COVINGTON, KY 41017 )
)
AND )
)
CAROL WILSON )
920 BLACKSTONE STREET )
WASHINGTON COURT HOUSE, )
OH 43160 )
)
AND )
)
JETTON WILSON )
1356 WAYCROSS ROAD )
CINCINNATI, OH 45240 )
)
AND )
)
ALISA WILSON ON BEHALF OF HER )
MINOR SON, JOSEPH WILSON )
HC70 BOX 705 )
DINGESS, WV 25671 )
)
AND )
)
KENNY WILSON )
3837 MORGAN COURT )
AMELIA, OH 45102 )
)
AND )
)
PAUL WILSON )
534 FLEMING RD. )

CINCINNATI, OH 45231              )
)
AND              )
)
PAULA WILSON              )
5381 SOUTHGATE BLVD, #1      )
FAIRFIELD, OH 45014         )
)
AND              )
)
ROBERT WILSON            )
4184 PAXTONWOODS LANE, APT. 9 )
CINCINNATI, OH 45209        )
)
AND              )
)
TERRY WILSON             )
419 EVANS COURT          )
BUILDING E, APARTMENT 4      )
OWENSVILLE, OH 45160        )
)
AND              )
)
VICKY WILSON             )
4026 BENNETT DRIVE         )
FAIRFIELD, OH 45011          )
)
AND              )
)
DAWN WINGERT            )
28 EVANS CT.            )
HARRISON, OH 45030         )
)
AND              )
)
PRISCILLA WITTMEYER       )
3 FINCH COURT           )
AMELIA OH 45102          )
)
AND              )
)
WILLIAM WOLDER           )
9243 DEERCROSS PKWY. APT #1A   )
BLUE ASH, OH 45236         )
)
AND              )

BILLY WOLSING )
66 GOODRIDGE DR. )
FLORENCE, KY 41042 )
)
AND )
)
AMBER WORK )
3834 KY. HWY. 330W )
FALMOUTH, KY 41040 )
)
AND )
)
DEBORAH WORLEY )
22 SAGEBRUSH LANE )
ERLANGER, KY 41018 )
)
AND )
)
TERESA WORLEY )
211 CHARISSA AVE. )
HILLSBORO, OH 45133 )
)
AND )
)
CARLA WOOTEN )
3981 THOMAS DRIVE )
ERLANGER, KY 41018 )
)
AND )
)
CORY WRIGHT )
11490 WHALLON COURT )
CINCINNATI, OH 45246 )
)
AND )
)
LEAH WRIGHT )
2643 OXFORD MILLVILLE ROAD )
OXFORD, OH 45056 )
)
AND )
)
CHERYL WYATT )
9644 STEPHEN YOUNG ROAD )
CAMDEN, OHIO 45311 )

AND         )
            )
            )
EMANUEL D. WYATT   )
2220 FREEMAN AVENUE  )
HAMILTON, OH 45011   )
            )
AND         )
            )
            )
VERONICA YEAKLE    )
601 WEST STATE STREET  )
APARTMENT # 11     )
TRENTON, OHIO 45067   )
            )
AND         )
            )
            )
EVELYN YOUNG     )
5211 PONDEROSA DRIVE  )
CINCINNATI, OH 45239   )
            )
AND         )
            )
            )
JOANN YOUNG      )
200 BALLTOWN ROAD, APT. 10 )
WILLIAMSBURG, KY 40769  )
            )
AND         )
            )
JUDY YOUNG       )
448 GREENWELL AVENUE  )
CINCINNATI OH 45238   )
            )
AND         )
            )
KEITH YOUNG      )
491 HARWOOD ROAD   )
MT. ORAB, OH 45154    )
            )
AND         )
            )
            )
CORRINE ZACHRY    )
1934 GARDENA AVENUE  )
GLENDALE, CA 91204    )
            )
AND         )
            )

MARY ZUREICK                                )
7515 US HWY. 42, APT. 5                      )
FLORENCE, KY 41042                           )
                                             )
AND                                          )
                                             )
HANNAH ZYMSLO                                )
10047 MILFORD ROAD                           )
FALMOUTH, KY 41040                           )
                                             )
                                             )
              PLAINTIFFS.                     )
                                             )
                                             )
THE MEDICAL PROTECTIVE                       )
COMPANY                                      )
SERVE:  CT CORPORATION SYSTEM )
1300 EAST 9TH STREET                         )
CLEVELAND,OH 44114                           )
                                             )
AND                                          )
                                             )
DR. ABUBAKAR ATIQ DURRANI                    )
152-G/1, CANAL BANK, JOHAR TOWN)
LAHORE 54590, PAKISTAN                       )
(Served via Hague Convention)                )
                                             )
AND                                          )
                                             )
CENTER FOR ADVANCED SPINE                    )
TECHNOLOGIES, INC.                           )
(Serve via Hague Convention)                 )
                                             )
AND                                          )
                                             )
MICHAEL LYON                                 )
312 WALNUT ST.                               )
CINCINNATI, OH 45202                         )
                                             )
AND                                          )
                                             )
LINDHORST & DREIDAME CO., LPA )
312 WALNUT ST.                               )
CINCINNATI, OH 45202                         )
SERVE:  WALNUT STREET                        )
STATUTORY SERVICES, INC.                     )

312 WALNUT STREET SUITE 3100 )
CINCINNATI, OH 45202 )
                           )
AND )
                           )
UNKNOWN AGENTS AND )
EMPLOYEE OF DEFENDANTS )
                           )
               **DEFENDANTS.** )

---

Plaintiffs, numbering over 500 in number and set forth fully in the style of this action and incorporated here by reference, bring fraud and civil conspiracy claims against all the Defendants:

1. Plaintiffs are all Plaintiffs, or about to be Plaintiffs, in state civil claims against Defendants, Dr. Durrani and Center for Advanced Spine Technologies, Inc. ("CAST").

2. At all times relevant these claims are covered by the policies issued by the Defendant, The Medical Protective Company (Medical Protective).

3. At all times relevant the Deters Law Office represents Plaintiffs in those claims.

4. At all times relevant Defendant Medical Protective is the insurance company insuring Dr. Durrani and CAST in the state claims of Plaintiffs.

5. At all times relevant Defendant Dr. Durrani is the insured of Medical Protective.

6. At all times relevant Defendant CAST was the wholly owned practice of Dr. Durrani and is the insured of Medical Protective.

7. At all times relevant Defendant Mike Lyon was and is Dr. Durrani and CAST's legal counsel in those state civil claims.

8. At all times relevant Mike Lyon was and is a partner, an owner and an employee of Defendant Lindhorst & Dreidame Co., LPA ("Lindhorst and Dreidame" or "law firm") and all his actions benefited not just himself, but the law firm. The law firm is

69

vicariously liable for Mr. Lyon's actions and possibly unknown other lawyers from the Defendant law firm.

9. This Court has jurisdiction under 28 U.S.C. § 1332.

10. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

## THE FACTUAL ALLEGATIONS OF PLAINTIFFS

11. Plaintiffs hereby incorporate by reference the allegations set forth in the previous paragraphs as if fully set forth and rewritten herein.

12. This claim was dismissed as an "Underlying Plaintiffs' Amended Counterclaim" (Doc #171) on October 24, 2014 in Case No. 1:14-CV-5. It was dismissed solely as a good will gesture in an effort to resolve this litigation. It was not effective. Also, a Motion to Dismiss it was filed and a Response drafted. The issues raised were not only easy to overcome, they are also addressed in this Complaint. Therefore, it is being refiled today on October 23, 2015.

13. This claim is related to active Case No. 1:14-CV-5 which is Medical Protective's Declaratory Judgment Action. There is no time to file a pleading in that claim based upon time limits. Plaintiffs refrained from drafting and filing this claim during a long mediation process, still ongoing, which began August 31, 2015.

14. This claim is supported by a transcript of a phone call between Eric Deters and Mike Lyon in December 2013, the Saturday after Dr. Durrani's flight became known.

15. This claim is supported by emails and letters regarding representations about communication to and from Dr. Durrani by Mike Lyon and Medical Protective.

16. This claim is supported by Mike Lyon's transcribed statements on January 6, 2014 in the *Crystal Pierce v. Abubakar Atiq Durrani, M.D.* case, Hamilton County, Case No. A-1200265.

17. This claim will be supported by testimony and written discovery yet to be taken including a December 2013 request to Mike Lyon and Medical Protective to preserve all communications between them and Dr. Durrani.

18. This is not a prohibited third-party bad faith claim. It is a fraud claim.

19. The mere filing of Case No. 1:14-CV-5, the Declaratory Judgment Action by Medical Protective and the representations and allegations contained in it to attempt to vitiate coverage is a fraud itself because Medical Protective at the time they filed it, KNEW themselves and the Defendants in this action created the very basis for the Declaratory Judgment Action. Plaintiffs have also required paid legal counsel in that action.

20. Plaintiffs WERE intended beneficiaries of the policies involved in Case No. 1:14-CV-5.

21. Plaintiffs have standing to assert their claims here.

22. Plaintiffs' claims will defeat any Motion under Fed. R.Civ.P 12(b)(6) for these allegations in this Complaint are not only true, they must be accepted as true under 12(b)(6).

23. Plaintiffs' claims allege fraud and conspiracy to commit fraud with specificity in accordance with Fed. R.Civ.P 12(b).

24. This Court has jurisdiction under 28 U.S.C. § 1332.

25. Medical Protective, by naming Plaintiffs in Case No. 1:14-CV-5 as Defendants and obtaining class status, acknowledges and admits that these Plaintiffs have a significant interest in the policies.

26. Part of the harm to the Plaintiffs, as alleged here, is that Defendants' actions have blocked the resolution by settlement of the Plaintiffs' claims and Defendants are using the declaratory judgment action as leverage in the resolution of the cases including an attempt to NOT pay full coverage limits. Defendants knew the filing of Case. No. 1:14-CV-5 would allow them to resolve the claims for less than full coverage and that is exactly what they are attempting to do. The delay in the resolution of the cases causes egregious harm to the Plaintiffs. During the pendency of the underlying cases, some plaintiffs have died. Additionally, as stated, Plaintiffs have incurred legal fees protecting their interest in Case No. 1:14-CV-5. Plaintiffs have also suffered emotionally and mentally by their fear there could be no coverage.

27. Mike Lyon has repeatedly represented to Courts and counsel for Plaintiffs that the state civil claims could not be settled because Dr. Durrani has not consented and would never consent. This was a ruse. Medical Protective has obtained a Court Order allowing them to settle cases without Dr. Durrani's consent but did so after two years after Dr. Durrani's flight from the United States.

28. Defendants, in November and December 2013 communicated by email, phone and in person to each other, and decided that if Dr. Durrani fled the country, back to Pakistan, they could vitiate coverage and save $40,000,000 in coverage.

29. Acting on the information, advice and counsel of Defendants, Dr. Durrani decided to flee and did so allegedly through Mexico and Brazil.

30. To accomplish this, Dr. Durrani had to receive assistance from the Defendants.

31. Defendants encouraged Dr. Durrani to flee the United States and in doing so, aided and abetted Dr. Durrani's flight from the country.

32. The Deters Law Firm represents approximately 350 clients in Butler County in medical malpractice actions against Dr. Abubakar Atiq Durrani and the hospitals where he either worked or had surgical privileges. The Deters Law Firm represents approximately 150 clients in Hamilton County for the same causes of actions against the same Defendants.

33. Among these Defendant Hospitals are West Chester Hospital (owned by UC Health), Cincinnati Children's Hospital Medical Center, Journey Lite of Cincinnati, Good Samaritan Hospital, Christ Hospital, Deaconess Hospital and Riverview Hospital.

34. In addition to the 500 civil medical malpractice actions brought, or being brought, against Dr. Durrani and CAST by these injured Plaintiffs, on August 7, 2013, Dr. Durrani was indicted by the Federal Government for performing unnecessary surgeries and for defrauding the Medicare and Medicaid programs. Specifically, the complaint charged Dr. Durrani with health care fraud, in violation of 18 U.S.C. § 1347, and making false statements in health care matters, in violation of 18 U.S.C. § 1035. The United States filed more related charges on a superseding indictment.

35. Following these criminal indictments, in December of 2013 and prior to the first plaintiff's trial in these actions, Dr. Durrani fled the United States and sought refuge in his native Pakistan, where he now lives and works, carrying on a normal life, practicing medicine, protected from the lack of an extradition treaty. His flight violated his bond release and not only is he in contempt, but there is an arrest warrant for his flight.

36. Dr. Durrani has not returned to the United States to face his criminal trial which was scheduled August 2014 or to attend any of the scheduled civil trials, although, according to Defendants, he has remained in contact with the Defendants representing him in these matters.

37. In recent weeks, the U.S. government announced West Chester Hospital and UC Health paid back $4.1 million in Medicare and Medicaid money taken by them for unnecessary surgeries performed by Dr. Durrani where they placed greed, according to the United States, over patient care.

38. Dr. Durrani took what he could get from each patient and their insurance providers, generating immense income for himself and the hospital defendants in the process, and then fled the United States when the Government sought to hold him accountable. Ohio and United States taxpayers lost millions of dollars.

39. Dr. Durrani has refused to give deposition testimony, even though his attorneys are aware of his location, and they acknowledge that they remain in contact with him, and he could easily give such testimony by telephone or video, given that we have such technology in 2015.

40. In 2014, Dr. Durrani refused to attend, in Pakistan, a properly noticed video deposition issued in all cases.

41. Dr. Durrani's flight is a crime and is a violation of his bond as well. An arrest warrant has been issued for Dr. Durrani.

42. There is no extradition treaty with Pakistan.

43. Mike Lyon's conduct in this matter violated former Ohio DR 1-102(A)(4)(5), and (6); 7-102(A)(5) and (7) and 7-104(A)(1); and 7-106(A)[1] and current Ohio Rules of Professional Conduct, Rule 1.2(d), whereby a lawyer shall not counsel a client to engage, or assist a client, in conduct that the lawyer knows is illegal or fraudulent.

---

[1] Columbus Bar Association v. Sladoje, 97 Ohio St.3d 116 (2002). Client, under threat of collection judgments, asked her lawyer what she could do and lawyer advised she was free to leave the state and recommended she go to Texas or Florida because of the difficulty in collecting judgments in those states.

44. At various times, Mike Lyon has alternately represented that he does not have contact or does have contact with Dr. Durrani since he fled.

45. It is a farce that Defendant Lyon can claim, as he has, that he is independent of Defendant, Medical Protective, as Medical Protective pays Mr. Lyon to represent Dr. Durrani and CAST.

46. While credibility is not an issue for a Complaint, based on the nature of these claims, Plaintiffs believe it is necessary to assert Mike Lyon's other conduct which IS factored in by Plaintiffs pertaining to the good faith assertions in this Complaint.

47. Mike Lyon, during the *Marshall* trial specifically, and was heard by Erica Deters, suborned testimony by Dr. Durrani's wife, Shazia Durrani, by telling her specifically how to answer a critical question when he knew his answer was in fact false.

48. There are at least four published Ohio cases where Mike Lyon's history of serious misconduct is pronounced.

49. Mike Lyon has on numerous occasions sent inappropriate and unethical ex parte emails to at least one Judge in the state civil actions.

50. We have the transcript and we have requested the audio, where in the *Martin* state civil trial, Mike Lyon is yelling at the Court for more than a few seconds.

51. Mike Lyon represented to a Judge in a state civil action, *Shell*, that he was the record custodian of CAST, then not thinking anyone would remember, the weekend before trial, he stated there was no custodian and we could not introduce Durrani's records. When confronted in Court by hearing a transcript, he asked if he could change his mind about being record custodian.

52. Mike Lyon repeatedly misrepresented attempts in the scheduling the depositions of Dr. Tayeb and Dr. Shanti, two of Dr. Durrani's former employees. While telling Plaintiffs' counsel he was "working on it," Mike Lyon, nor his office, ever attempted to schedule Dr. Shanti or Dr. Tayeb for deposition. Only because these two turned on Dr. Durrani and Mike Lyon, did we discover this. They now testify for Plaintiffs.

53. Mike Lyon refused to stipulate to medical records. We have had to subpoena him for records. Mike Lyon, in open court on more than one occasion, has stated he would not comply with the subpoena.

54. Mike Lyon's conduct has been during the entire Dr. Durrani litigation, not just advocacy for Dr. Durrani, which he is duty bound to do, but the use of extraordinary attempts to "win" which includes encouraging Dr. Durrani to flee the United States to vitiate coverage.

55. Mike Lyon has claimed in his defense he would not do this because it would hurt him and his firm if there was no coverage. This is another farce by Mr. Lyon because he knew and knows Medical Protective would have to file a Declaratory Judgment Action and still have to pay him and his firm to defend Dr. Durrani at least under a reservation of rights, and that is exactly what has happened.

## CONSPIRACY TO COMMIT FRAUD AND FRAUD

56. Plaintiffs hereby incorporate by reference the allegations set forth in the previous paragraphs as if fully set forth and rewritten herein.

57. As of December of 2013, Defendants, Dr. Durrani and Center for Advanced Spine Technologies ("CAST"), faced over 200 civil lawsuits ("the underlying actions"), in which plaintiffs, including these Plaintiffs, alleged various types and multiple instances of

professional negligence arising from Dr. Durrani's performance of spine surgeries between 2009 and 2013.

58. As a result of the underlying actions, Dr. Durrani and CAST faced and do face the possibility of multiple judgments for millions of dollars in excess of the liability coverage provided to them by the Medical Protective Company ("Medical Protective).

59. Dr. Durrani's federal criminal trial was set for January of 2014, the same month as Plaintiff Crystal Pierce's underlying action against Dr. Durrani. It would later be rescheduled until August, 2014.

60. "An Overview of Federal Criminal Cases: Fiscal Year 2012," a report produced by the United States Sentencing Commission's Office of Research and Data, shows that in 2012, there were 84,360 federal criminal cases in which the defendant was sentenced. Of those convicted defendants, 97% pleaded guilty, with fraud being the third largest category of criminal cases during 2012 at 10.5%.[2] The rate of conviction overall remained at over 90%, as it has since 2001.[3]

61. Based on the above-referenced statistics, had Dr. Durrani remained in the United States and not fled to Pakistan, there is a probability that he would have been convicted of, or pleaded guilty to, the criminal charges pending against him.

62. Once convicted of a felony, if Dr. Durrani were present at any of the state civil actions against him, he would have had to admit that he was a convicted felon.

---

[2] http://www.ussc.gov/sites/default/files/pdf/research-and-publications/research-publications/2013/FY12_Overview_Federal_Criminal_Cases.pdf

[3] "United States Attorneys' Annual Statistical Report: Fiscal Year 2012" http://www.justice.gov/usao/reading_room/reports/asr2012/12statrpt.pdf

63. The federal criminal charges against Dr. Durrani parallel the civil actions against him. More details of the criminal charges would have been presented in the state civil cases. The federal criminal charges involved over 20 of the Plaintiffs in this action and many who testified before the Grand Jury in the criminal proceedings.

64. Upon information and belief, Medical Protective, through its employees, agents, or other persons, including Mike Lyon, encouraged Dr. Durrani to flee from the United States. They made it clear to him what effect his flight would have upon his liability insurance coverage. The language used by Dr. Durrani in his email to Medical Protective claiming that he was not going to assist in his defense was legalese clearly provided or drafted by someone on behalf of Medical Protective, believed to be, and asserted here TO BE, Mike Lyon.

65. Mike Lyon has claimed that Dr. Durrani only contacted him after his flight, not Dr. Durrani's criminal defense lawyer, who withdrew from representing Dr. Durrani after Dr. Durrani fled.

66. Mike Lyon has admitted Dr. Durrani and he exchanged emails before Dr. Durrani fled.

67. Mike Lyon has admitted Dr. Durrani called him at Mike Lyon's home after Dr. Durrani was in Pakistan.

68. Plaintiffs requested, on January 5, 2014, that Medical Protective and all their agents, including Mike Lyon, preserve all emails and correspondence pertaining to Dr. Durrani. The Plaintiffs expect discovery to further prove what they allege as fact, i.e., that Defendants encouraged Dr. Durrani to flee.

69. As a result of the criminal charges and the likelihood of Dr. Durrani's conviction on those charges, it is disingenuous for Medical Protective to argue that they are somehow in a

worse position to defend the underlying actions against Dr. Durrani as a result of his flight to Pakistan. The primary beneficiary of Dr. Durrani's flight if there were no coverage is Medical Protective.

70. In fact, by Dr. Durrani not being present, he's not subject to cross examination at trial and a jury is unable to see his demeanor and hear him attempt to explain the inconsistencies in six prior depositions.

71. Dr. Durrani has also won four trials in Butler County by virtue of the above, and the jury not being properly instructed on a sanction for his refusal to give a deposition.

72. Different jurors in trials won by Dr. Durrani, after finding that he fled, have stated that he benefited by not being at the trial.

73. Defendants encouraged the flight in an attempt to void Dr. Durrani's/CAST's liability insurance coverage, and therefore, avoid payments of claims on behalf of those asserting professional negligence against Dr. Durrani and CAST.

74. Dr. Durrani's home address, work address, home telephone number, cell phone number, and email address in Pakistan are all known. Medical Protective has not attempted to have Dr. Durrani cooperate in defending claims because his failure to cooperate is essential in avoiding or voiding coverage.

75. In 2014, counsel for the Plaintiffs requested Dr. Durrani's deposition by phone from Pakistan. Dr. Durrani's counsel, who has been retained by Medical Protective, has refused to produce any proof that they informed Dr. Durrani of the deposition. Plaintiffs specifically allege and assert the Defendants did not notify Dr. Durrani of the scheduled deposition, knowing that Dr. Durrani giving a deposition defending himself would destroy the Defendants attempt to void coverage.

76. Plaintiffs want to again allege, assert and state as fact: Mike Lyon, with intent, has misrepresented to state civil courts and Plaintiffs' counsel that Dr. Durrani knew about and chose not to attend a scheduled video deposition in Pakistan for all filed cases at the time. In fact, Mike Lyon, never told Dr. Durrani about the deposition.

77. Mike Lyon specifically gave an example on the weekend after Dr. Durrani's flight in a call to the Plaintiffs' counsel that in another case in which he told a Hawaiian doctor not to come to an Ohio trial because he would make a terrible impression, Dr. Durrani's counsel won the trial because the doctor was absent. This conversation was captured on a legal and ethical taped phone call and transcribed and will be evidence in this case.

78. Mike Lyon, retained by Medical Protective to represent Dr. Durrani and CAST, has repeatedly contradicted himself in responding to inquiries about whether they have been able to reach Dr. Durrani. Specifically, they have claimed that they could not reach him to schedule conference call depositions in Plaintiffs' state actions, but at other times they claimed to have spoken with him and that he refused to give a deposition.

79. Defendants, Lyon and Lindhorst & Dreidame, retained by Medical Protective to represent Dr. Durrani and CAST are motivated to assist Medical Protective in avoiding coverage because Medical Protective is paying them and is Mike Lyon's highest paying client.

80. Laurie A. McCluskey, a former lawyer at Lindhorst & Dreidame and former attorney for Dr. Durrani and CAST is presently employed as a claims specialist for Defendant Medical Protective.[4]

81. Defendants, Lyon and Lindhorst & Dreidame, hired by Medical Protective to represent Dr. Durrani claim that they also represented Dr. Shanti, who worked as an employee at CAST. They claimed that they would accept service on Dr. Shanti's behalf, but not on Dr.

---

[4] https://www.supremecourt.ohio.gov/AttySvcs/AttyReg/Public_AttorneyDetails.asp?ID=0075310

Durrani's behalf. This is true despite the fact that Dr. Shanti now practices in North Carolina and no longer has any affiliation with Defendant CAST. This is further proof of the manipulation Medical Protective is engaged in. They want to protect their interests in attempting to void coverage, not defending claims. They want to control witnesses, but void coverage. Defendant Mike Lyon falsely claimed he was attempting to schedule a deposition of Dr. Shanti for Plaintiffs when Dr. Shanti would later testify under oath he was never asked for a deposition. This is the exact strategy Mike Lyon employed with Dr. Durrani.

82. Defendant hospitals' counsel and Dr. Durrani's counsel share information and cooperate against the Plaintiffs in this action. Therefore, the Defendants' conduct has harmed Plaintiffs in their claims against the hospitals.

83. Medical Protective has a duty to defend and pay Plaintiffs' claims.

84. Medical Protective maintains in the Declaratory Judgment Action there should be no coverage based upon coverage language that Dr. Durrani must cooperate in the defense, including attending trials.

85. The law is clear. It must be a material breach.

86. Dr. Durrani's criminal trial was set for August, 2014. Based on federal statistics, there was a 97% chance of guilty plea or conviction of Dr. Durrani and in all trials Dr. Durrani when asked would have to answer YES to the question: Have you ever been convicted of a felony. Once he was convicted, Plaintiffs believed there would be no trials.

87. Dr. Durrani's flight benefited, not harmed Medical Protective.

88. In defending Dr. Durrani, Medical Protective PAYS Mike Lyon and Lindhorst & Dreidame who:
    A. Conducts discovery
    B. Hires experts

    C. Deposes/Cross examines our Plaintiffs, witnesses and experts

    D. Does not need to worry about our cross-examining Dr. Durrani by deposition or at trial.

    E. Have won four trials doing A-D.

89. The sanctions requested by Plaintiffs for Dr. Durrani's refusal to give a deposition does not include the allowable sanctions of default or the striking of witnesses/experts, but merely informs the jury of the truth of what happened based upon Dr. Durrani's own conduct which benefited his insurer, Medical Protective.

90. There is another reason Medical Protective will lose Case No. 1:14–CV-5: public policy.

91. The Plaintiffs relied upon Medical Protective's coverage in allowing Dr. Durrani to treat them and further relied on the coverage to pursue their professional negligence claims. They have each signed or in the process of signing an affidavit to this effect.

92. Plaintiffs were never told by Dr. Durrani or anyone else that Dr. Durrani was not covered under a policy of medical malpractice insurance with regard to the professional services rendered.

93. Had Plaintiffs been informed that Dr. Durrani was not covered under a policy of medical malpractice insurance, Plaintiffs would not have treated with him. Plaintiffs would have treated with some other health care practitioner who had medical malpractice insurance coverage for the professional services to be rendered to them.

94. Defendants' actions in contributing to Dr. Durrani's flight and continued absence from the United States, as well as their collusion with Hospitals and Dr. Durrani's retained counsel, are material to Crystal Pierce's recovery of her monetary judgment against Dr. Durrani, which is covered by the Medical Protective insurance agreements at issue. The other Plaintiffs have claims similar to Ms. Pierce.

95. Medical Protective has attempted to falsify a basis for denying coverage of Ms. Pierce's monetary judgment as well as potential future judgments of Plaintiffs, under the Durrani and CAST policies at issue.

96. Medical Protective acted with the intent to mislead Ms. Pierce and others, including the Plaintiffs, as to their knowledge of Dr. Durrani's whereabouts, their ability to communicate with him, their actual attempts to communicate with him, and their involvement in his flight from the United States.

97. Ms. Pierce and others, including the Plaintiffs, justifiably relied upon the above-described statements and misrepresentations of Medical Protective.

98. As a direct and proximate result of Defendant's actions, Ms. Pierce has suffered damages in an approximate amount of $790,000, the amount of her monetary judgment, plus interest and costs. The Plaintiffs also have and will suffer damages, including the lack of coverage, if Medical Protective is successful in its fraudulent attempts to deny coverage and the delay in resolving the claims and likelihood they will not receive the full amount of coverage.

99. As set forth herein, Defendants misrepresented facts, had a duty to disclose, facts it did not disclose, and concealed facts.

100. The facts misrepresented and concealed are material.

101. The misrepresentations described herein are false with knowledge they are false, and with utter disregard and recklessness as to whether they were true or false and knowledge may be inferred.

102. Defendants had the intent to mislead Plaintiffs into relying on the misrepresentations.

103.    Plaintiffs justifiably relied upon the representations and/or were harmed by the concealments.

104.    Plaintiffs' injuries were proximately caused by the reliance.

105.    Defendants engaged in a malicious combination.

106.    Defendants, being five in number, acted by two or more.

107.    Defendants' malicious combination caused injury to Plaintiffs.

108.    Defendants committed unlawful acts independent from the conspiracy itself.

109.    The underlying torts necessary are fraud and the commission of a criminal act which by virtue of Ohio Revised Code 2307.60 allows a civil action.

110.    This dispute exceeds the jurisdictional limits of this Court.

WHEREFORE, the Plaintiffs demand judgment against Defendants on all claims and further request compensatory damages, punitive damages, reasonable attorneys' fees and all costs associated with this action.

Respectfully Submitted,

Benjamin M. Maraan II, (#0053661)
The Deters Law Firm
635 W Seventh Street
Cincinnati, OH 45203
Ph: (513) 729-1999
Fax: (513) 381-4084
bmaraanlaw@yahoo.com
*Counsel for Plaintiffs*

## JURY DEMAND

Plaintiff makes a demand for a jury under all claims.

Benjamin M. Maraan II